IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CÉSAR PEDRO ZAPATER-KALIL, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 21-1022 (GLS) |

**ORDER**

Plaintiff filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1. On July 19, 2021, the Commissioner answered the Complaint and filed the transcript of the administrative record. Docket Nos. 15 and 16. On August 27, 2021, Plaintiff filed a memorandum of law in support of his request to reverse the Commissioner's decision. Docket No. 19.

On October 15, 2021, the Commissioner moved the Court to enter an order reversing its final decision and remanding the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 24. Pursuant to the Commissioner's request, a remand will provide an opportunity for a new hearing to re-evaluate the severity of Plaintiff's mental impairments and for a new decision to be issued. Id. Plaintiff provided written consent to the Commissioner's request for a remand. Id. The Commissioner's motion is **GRANTED**.

Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of October 2021.

<u>s/Giselle López-Soler</u>
GISELLE LÓPEZ-SOLER
United States Magistrate Judge